**Opinion issued August 21, 2025**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-25-00194-CV

———————————

**HASAN YACOUB, Appellant**

**V.**

**RUBBERTOP USA, LLC, Appellee**

---

**On Appeal from the County Civil Court at Law No. 4**
**Harris County, Texas**
**Trial Court Case No. 1231192**

---

## MEMORANDUM OPINION

Appellant, Hasan Yacoub, proceeding pro se, filed a notice of appeal from the trial court's February 5, 2025 final judgment. Appellant has neither paid the required fees nor established indigence for purposes of costs. *See* TEX. R. CIV. P. 145; TEX. R. APP. P. 5, 20.1; *see also* TEX. GOV'T CODE ANN. §§ 51.207, 51.208, 51.851(b),

51.941(a); Order, Fees Charged in the Supreme Court, in Civil Cases in the Courts of Appeals, and Before the Judicial Panel on Multi-District Litigation, Misc. Docket No. 15-9158 (Tex. Aug. 28, 2015). On April 10, 2025, appellant was notified that this appeal was subject to dismissal if appellate costs were not paid, or indigence was not established, by May 12, 2025. *See* TEX. R. APP. P. 42.3(b), (c). Appellant did not adequately respond.

Further, appellant has not paid or made arrangements to pay the fee for the preparation of the clerk's record. *See* TEX. R. APP. P. 37.3(b). On April 11, 2025, appellant was notified that this appeal was subject to dismissal if appellant did not submit written evidence that appellant had paid or made arrangements to pay the fee for the preparation of the clerk's record by May 12, 2025. *See* TEX. R. APP. P. 42.3(b), (c). Appellant did not adequately respond.

Accordingly, we dismiss the appeal for nonpayment of all required fees and want of prosecution. *See* TEX. R. APP. P. 5, 42.3(b), (c), 43.2(f). We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Justices Guerra, Gunn, and Dokupil.